IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

    Plaintiff,

v.

SALINAS VALLEY STATE PRISON, et al.,

    Defendants.
                                      /

No. C 10-05743 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    On December 9, 2010, Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On December 20, 2010, this case was transferred from the Eastern District to this Court. On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 2/1/11

                                                      SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge

```
                UNITED STATES DISTRICT COURT

                FOR THE

                NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| TONY BLACKMAN, | Case Number: CV10-05743 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SALINAS VALLEY STATE PRISON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tony Blackman V-22349
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: February 2, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk